Laura E. Hayward, Bar No. 204014
lhayward@littler.com
Kurt R. Bockes, Bar No. 171647
kbockes@littler.com
LITTLER MENDELSON P.C.
333 Bush Street, 34th Floor
San Francisco, California 94104
Telephone: 415.433.1940
Fax No.: 415.399.8490

Attorneys for Defendant
FAVORITE HEALTHCARE STAFFING, INC.

Joshua Konecky, Bar No. 182897
jkonecky@schneiderwallace.com
Nathan Piller, Bar No. 300569
npiller@schneiderwallace.com
Yuri Chornobil, Bar No. 331905
ychornobil@schneiderwallace.com
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: 415.421.7100
Fax No.: 415.421.7105

Attorneys for Plaintiff
JANET CLIFFORD

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET CLIFFORD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FAVORITE HEALTHCARE STAFFING, INC.,<br><br>Defendant. | Case No. 3:21-cv-01237-CAB-DEB<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

1    WHEREAS, Plaintiff JANET CLIFFORD, filed this action on July 8, 2021.

2    WHEREAS, the Complaint alleges a collective action under the Fair Labor Standards Act, a Rule 23 class action for alleged violations of various provisions of the California Labor Code, and a representative cause of action under the California Private Attorneys General Act.

WHEREAS, Plaintiff served the Complaint on July 12, 2021.

WHEREAS, on July 28, 2021, the Court granted the parties' stipulation to extend Defendant's time to answer or respond to the complaint until September 1, 2021. [Dkt. 5.]

WHEREAS, Defendant has shared with Plaintiff an "Arbitration Agreement" that Plaintiff signed electronically on or about February 8, 2021, which covers all Plaintiff's claims except the claim under the California Private Attorneys' General Act.

WHEREAS, the parties have agreed that Plaintiff will voluntarily dismiss this case, without prejudice, so that Plaintiff may refile her Private Attorneys General Act claim in California Superior Court, and bring her remaining claims in arbitration.

WHEREAS, the parties do not intend for this stipulation to contain any admissions or concession as to the validity or enforceability of the Arbitration Agreement.

WHEREAS, the parties have further agreed to toll the statute of limitations on all claims to allow them to explore mediation of the Private Attorneys General Act claim and settlement of the individual claims before refiling said claims in the respective venues listed above.

 In light of the foregoing, IT IS HEREBY STIPULATED:

(1)    This action will be dismissed <u>without</u> prejudice; and

(2)    The statutes of limitations on all claims brought in this action are tolled. The tolling of the statutes of limitations will continue indefinitely until 30 days <u>after</u> any party gives written notice to all other parties, through their counsel listed above,

STIP FOR VOLUNTARY DISMISSAL WITHOUT PREJDUICE PURSUANT TO FRCP 41(a)(1)(A)(ii)    2.    CASE NO. 3:21-CV-01237-CAB-DEB

LITTLER MENDELSON P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

that they are withdrawing from the tolling agreement.

IT IS SO STIPULATED.

Dated: August 27, 2021

LITTLER MENDELSON P.C.

*/s/ Laura E. Hayward*
Laura E. Hayward
Kurt R. Bockes

Attorneys for Defendant
FAVORITE HEALTHCARE STAFFING, INC.

Dated: August 27, 2021

SCHNEIDER WALLACE COTTRELL KONECKY LLP

*/s/ Joshua Konecky*
Joshua Konecky
Nathan Piller
Yuri Chornobil

Attorneys for Plaintiff
JANET CLIFFORD

STIP FOR VOLUNTARY DISMISSAL WITHOUT PREJDUICE PURSUANT TO FRCP 41(a)(1)(A)(ii) — 3. — CASE NO. 3:21-CV-01237-CAB-DEB

LITTLER MENDELSON P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

[PROPOSED] ORDER

The Court, having considered the parties' stipulation for voluntary dismissal pursuant to FRCP 41(a)(1)(A)(ii) and tolling of the statute of limitations, hereby ORDERS that this case is dismissed <u>without</u> prejudice in accordance with the terms of the parties' stipulation.

IT IS SO ORDERED.


Dated: _____, 2021

                                                _____
                                                THE HONORABLE CATHY ANN
                                                BENCIVENGO

LITTLER MENDELSON P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

STIP FOR VOLUNTARY DISMISSAL
WITHOUT PREJDUICE PURSUANT TO
FRCP 41(a)(1)(A)(ii)

4.

CASE NO. 3:21-CV-01237-CAB-DEB