UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET CLIFFORD,<br><br>                     Plaintiff,<br><br>v.<br><br>FAVORITE HEALTHCARE STAFFING, INC.,<br><br>                     Defendant. | Case No.: 21-CV-1237-CAB-DEB<br><br>**DISMISSAL WITHOUT PREJUDICE**<br><br>[Doc. No. 6] |

    Upon consideration of the parties' stipulation for voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and tolling of the statute of limitations, hereby **ORDERS** that this case is **DISMISSED WITHOUT PREJUDICE** in accordance with the terms of the parties' stipulation.

    It is **SO ORDERED**.

Dated: August 30, 2021

_____
Hon. Cathy Ann Bencivengo
United States District Judge